# United States District Court

SOUTHERN DISTRICT OF GEORGIA

Application under Section 706(f)
of Civil Rights Act of 1964

Declaring that the information I have given below is true and correct, I apply to this court for:

(✓) appointment of an attorney

( ) authority to commence an action without prepayment of fees, costs, or security.

## I. Personal and Financial Data.

A. Your full name and present mailing address:

KAREN D. POWELL
37 WATERSTONE CIRCLE
SAVANNAH, GA 31405

Telephone (if any): (912) 436-7710

B. Are you presently employed? Yes _____ No ✓

If the answer is "yes", give the name and address of your employer and the amount of your usual weekly salary or wages.

Weekly Earnings: $ _____

If you are not presently employed, give the name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

Date last worked: MAY 25, 2013
Weekly earnings: $ 950.00

C. Approximately how much money have you received in the past twelve months:

—as wages, salary, commissions, or earned income of any kind? .................. $ 0

—as interest, dividends, rents, or investment income of any kind? .................. $ 0

—as gifts or inheritance? .................. $ 0

—from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? .................. $ 0

—from pensions, annuities, workmen's compensation, disability or other insurance policies? .......... $ 19,824

—from all other sources? .................. $ 300

D. How much money do you own or have in any checking or savings account? .................. $ 100.00

E. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? .................................... Yes ✓ No____

If the answer is "yes", describe the property and state its approximate value:

Home ($185,000.⁰⁰ own) 1451.32 monthly   CAR (26,000.⁰⁰ payment)   401K (3,000.⁰⁰)

F. How much money do you owe to others? ............................................. $ 30,000.⁰⁰

As to each debt of over $100, state the name of the creditor and the approximate amount owed:

Doctor Bills / Some Consumer Bills.

G. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

Grandkids  Keiwan, Kenjiaiah, Deleah   5,000.⁰⁰ per yr.
Joshua A. Bynes (Son) College  3,000.⁰⁰ per yr.
Brandon A. Smith (Son) Just out of School

H. Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed? ....................................... Yes____ No ✓

If the answer is "yes", give the following information for each such person:

Name_____
Relationship_____
Employer_____
Weekly earnings $_____

Name_____
Relationship_____
Employer_____
Weekly earnings $_____

I. Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs or security.

Disabled American Veteran

## II. Nature of Alleged Discrimination.

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say you have engaged in such practices.

International Paper HR (Lynn Austin) And Union, I have a Medical Disablity in which I am

(attach additional sheets as needed)

UNABLE to work shift work. Am Requesting Reasonable Accommendations. A straight shift. Consistent to Ensure Medication Compliance.

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a Charge relating to such practices?....................................................Yes ✓ No____

If "yes", *attach* a copy of each such Charge.

C. Have you received from the EEOC a letter notifying you of your right-to-sue respecting such Charges?....................................................Yes ✓ No____

If "yes", *attach* a copy of such letter and notice, and state when you received the same.

Date Received: MAY 14, 2014

D. Have you received from the EEOC a copy of its Determination with regard to your Charges?.........Yes ✓ No____

If "yes", *attach* a copy of such Determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why.

I STRONGLY DISAGREE with the INVESTAGATION that WAS doNE to deTERMINE if my claim WAS VALid. I ASKED for A COPY of Report AND have NOT Recieved it yet. No witnesses were contacted.

E. Any other information you desire to disclose which supports your claim of discriminatory employment practices.

I'm Enclosing SEVERAL Documets that will support my claim. But if Additional proof is Needed please contact ME At (912)436-7710 OR iN writing At 37 Waterstone Circle, Savannah Georgia 31405.

### III. Efforts to Obtain Attorney

*(To be completed if requesting appointment of an attorney)*

A. Have you talked with an attorney about handling your claim?.................................Yes ✓ No____

If "yes", give the following information about *each* attorney with whom you talked:

Attorney: I have NOT been Able to Aquire counsel thus far but
When: Still Looking have talked to 15 Local + Out of town

*(attach additional sheets as needed)*

Where: June, July & Aug 2014
How (by telephone, in person, etc.) by phone
Why attorney was not employed to handle your claim: They all Declined

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.) _____
Why attorney was not employed to handle your claim:

B. Explain any other efforts you have made to contact an attorney to handle your claim.

Working Along with Att. Alison Smith out of Atlanta. She's doing her Best to Asist me with Attaining an Attorney. But so far I have'nt been successful.

C. Any other information which supports your application for the court to appoint an attorney for you:

My Financial Status is Not Stable at this point. I have No Income Except my VA disability which is Only 1,622.00 A month.

D. Name and address of each attorney who has represented you in the last 10 years for any purpose:

John Pytte - Bankruptcy
Benjamin Eichholz Law Firm, P.C. Workman's Comp
Mike Hostilo - Car Accident 2011

(attach additional sheets as needed)

IV. Attestation and Signature

Under penalty of perjury I declare that the information given on the preceding 5 pages is true and correct.

Dated: 8/31/2014

Signature: Sam D. Powell

WITNESSES:
Kenya Foster

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 SEP -3 PM 12:33

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
_____ DIVISION

KAREN D. POWELL, )
Plaintiff, )
)
v. )  Case No. CV _____
)
INTERNATIONAL PAPER )
Defendant. )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at: 37 Waterstone Circle
   (Street)
   Savannah GA, 31405
   (City)   (State)   (Zip Code)

2. Defendant's name: International Paper

   Location of defendant's principal office:
   1201 W. Lathrop Ave.
   Savannah, Georgia 31415

   Nature of defendant's business:
   Paper Mill

   Approximate number of individuals employed by defendant: 600+

1

3. ☒ This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. § 2000e-5(g).

☐ This action is brought pursuant to Age Discrimination in Employment Act of 1967 for employment discrimination based upon age. Jurisdiction is conferred by 29 U.S.C. §§ 626(c)(1) and 626(e), and appropriate relief is also sought.

☒ This action is brought pursuant to the Americans with Disabilities Act of 1990, for employment discrimination on the basis of disability. Jurisdiction is conferred by 42 U.S.C. § 12117(a), and appropriate relief is also sought.

4. ☒ I **have** filed a charge with the Equal Employment Opportunity Commission (EEOC) regarding defendant.

Attach a copy of the charge(s) filed with the EEOC to this complaint.

☐ I **have not** filed a charge with the EEOC.

5. ☒ I **have** received a Notice of Right to Sue letter from the EEOC on JUNE 1, 2014
*(date)*

Attach a copy of the Notice of Right to Sue letter to this complaint.

☐ I **have not** received a Notice of Right to Sue letter from the EEOC.

6. The acts complained of in this suit concern:
   ☐ Failure to hire me
   ☒ Termination of my employment
   ☐ Failure to promote me
   ☐ Demotion

- ☐ Denial of equal pay or work
- ☐ Sexual harassment
- ☒ Other (specify) __Reasonable Accommodations__

7. Plaintiff

   - ☒ **is** presently employed by defendant
   - ☐ **is not** presently employed by defendant

   The dates of plaintiff's employment were __February 17, 2006__.

   The reason(s) for the end of plaintiff's employment by defendant is/are:

   - ☒ Plaintiff was discharged.
   - ☐ Plaintiff was laid off.
   - ☐ Plaintiff left the job voluntarily.

8. The conduct of defendant is discriminatory with respect to:

   - ☐ my race
   - ☐ my national origin
   - ☐ my religion
   - ☐ my age
   - ☒ my sex
   - ☒ my disability

9. The name, race, sex, and position or title of the individual(s) who allegedly discriminated against me during my period of employment with the defendant company is/are:

| Name | Title | Race | Sex |
|---|---|---|---|
| (1) Lynne Austin | HR | W | F |
| (2) Tony Kadonskwi | Maintenece Sup. | W | M |
| (3) | | | |
| (4) | | | |
| (5) | | | |
| (6) | | | |

10. Describe the discriminatory actions or events that you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. **You do not need to refer to any statutes or cite law.**

Human Resources Lynne Austin contenly harassed me about my attendance and accidents to put pressure on me to quite and Tony Kadonskwi advancement. Also ignoring my physican's letters concerning my getting off shift work so that I could continue my productive employment.

3

11. The alleged illegal activity took place at: INTERNATIONAL PAPER
1201 W. LATHROP AVE
(Street)
SAVANNAH   GA   31405
(City)   (State)   (Zip Code)

12. State what relief you are seeking from the Court. If you are seeking monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against defendant, summarize what should be in the order.

I am seeking back pay and emotional damages in the amount of ($5,000,000.00) and they will apologize to me for the pain and mental anguish they have put me & my family through. The monetary relief I am requesting is not enough to cover what I and my family have been forced to deal with but it will repair some of our lives. Thanking you in advance.

Karn D. Powell

4

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.   28 U.S.C. § 1746; 18 U.S.C. § 1621.

_8/31/2014_
Date

_Sam D. Powell_
Signature of Plaintiff

Plaintiff's Address:   _37 Waterstone Circle_
(Street)
_Savannah_,  _GA_   _31405_
(City)          (State)     (Zip Code)

5



**DEPARTMENT OF VETERANS AFFAIRS**
Veterans Health Administration
VA Southeast Network (VISN 7)
325 West Montgomery Crossroads
Savannah, GA 31406

In Reply Refer To: 534/SPCC

DATE: July 15, 2014

TO WHOM IT MAY CONCERN:

This letter is to certify/inform that Mrs. Powell is suffering from Bipolar Affective Disorder (ICD 9M code 296.7), a disabling and chronically recurring disorder. She has been hospitalized for the episodes of relapse, and is in need of strict compliance with the medication and regular follow ups. Mrs. Powell has had worsening of her condition in spite of the faithful compliance with medication/ therapy and appointments ( which is a characteristic of Bipolar disorder - cyclical course, chronically progressive and worsening, potentially leading to danger to self and others, if not adequately controlled). Based on the above, it is absolutely necessary for Mrs. Powell to stay on her medication, which although helpful, comes with side effects, mostly sedation, impaired concentration. Another very important element of making sure that the relapses are prevented is the structured work and living environment and regular daily routine ( e.g. no shift work, regular sleep - wake cycle) with the least amount of stress provoking situations/conflicts. If you have any questions or concerns, feel free to contact me at ( 912) 920-0214.

Sincerely,

Sasa Strunjas, M.D.

Board Certified Psychiatrist

# INTERNATIONAL (A) PAPER

POST OFFICE BOX 570
SAVANNAH, GA 31402
PHONE 912 238 6000

June 20, 2014

Karen Powell
37 Waterstone Circle
Savannah, GA 31405

RE:   Your leave of absence

Dear Karen:

According to our records, you applied and were approved for a leave of absence on 5/26/13 to continue thru 9/18/2013. As of the date of this letter, you have not been able to return to work. Your absence has now been in excess of 12 months.

As provided for in our current labor agreement:

> "Leaves of absence due to continuous disability will be extended for more than one year without loss of seniority only when the disability is still presumed to be temporary by competent medical authority, and a written request for such an extension is mutually agreed upon by the Company and the Union".

Based on the letter that you provided to us from your treating physician, it is our understanding that your restriction is permanent. As we discussed with you and your union representatives, there is no reasonable accommodation for that restriction that will allow you to perform the essential functions of your job. It was also our understanding that you intended to pursue Disability Retirement, but as of our last check there was not an active claim for you. If you wish to pursue Disability Retirement, you need to contact the Employee Service Center at 888-372-2968 while you are still an active employee. Under the terms of the labor agreement and established practice at the mill, the Company will terminate your employment on July 20, 2014, unless we are provided with documentation from Sedgwick that you are pursuing Disability Retirement or your situation falls within the contract language as stated above. If you believe that your medical condition has changed or is temporary, you must provide us with a written request to extend your leave along with information from your doctor indicating the reasons additional leave is needed and the length of additional leave required. If the amount of additional leave required is indefinite or unknown, your doctor should provide that information as well. If you make such a request, we will then discuss the request with you and your union representatives, as we have in the past.

If you have any questions or concerns in this matter, please feel free to contact your Human Resources department.

Sincerely,

*Lynne Austin*

Lynne Austin
Human Resources

Cc: Mike Purdee, Local 795

Savannah Local Office
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406-2579

OFFICIAL BUSINESS
Penalty for Private Use, $300

Ms. Karen Powell
113 South Coastal Highway
Port Wentworth, GA 31407

31407160913

May 31, 2014
June 1, 2014

KAREN D. POWELL
37 WATERSTONE CIRCLE
SAVANNAH, GEORGIA  31405



US District Court
(FEDERAL) Building And U.S.
Courthouse - SAVANNAH, GA
125 BULL Street
SAVANNAH, GA 31401