# United States District Court
## Southern District of Georgia

Karen D. Powell,

                         JUDGMENT IN A CIVIL CASE

V.               CASE NUMBER: CV414-191,

International Paper,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 12/29/14, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case with prejudice.

12/29/14
*Date*

Scott L. Poff
Clerk

(By) Deputy Clerk